ROBERT A. SERRELL, Respondent, *v.* JOHN BRADY, Appellant.

APPEAL from judgment in favor of plaintiff entered upon a verdict.

*Samuel G. Adams,* for appellant.

*Charles De Hart Brower,* for respondent.

McCARTHY, J.   We have examined very carefully the rulings of the trial justice on the various exceptions taken by the appellant, both to the evidence and the charge, and find no error.

The verdict of the jury cannot be disturbed and judgment must be affirmed, with costs.

FITZSIMONS, J., concurs.
Judgment affirmed, with costs.